**SAMSUNG ELECTRONICS CO., LTD., Appellant,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee,**

and

Sharp Corporation, Sharp Electronics Corporation, and Sharp Electronics Manufacturing Company of America, Inc., Intervenors.

No. 2009–1514.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2010.

Clint A. Gerdine, Andrea C. Casson, James M. Lyons, U.S. International Trade Commission, Washington, DC, for Appellee.

Ruffin B. Cordell, Joseph Vincent Colaianni Jr., Christian A. Chu, Fish & Richardson, P.C., Washington, DC, Frank P. Porcelli, Fish & Richardson, P.C., Boston, MA, Jerry T. Yen, Fish & Richardson, P.C., Redwood City, CA, for Appellant.

Alan Cope Johnston, Kristin L. Yohannan, Deanne E. Maynard, Seth M. Galanter, Matthew J. Vlissides, Michael W. Maas, Morrison & Foerster, LLP, Washington, DC, Barry E. Bretschneider, John Alexander Trocki, III, Morrison & Foerster, LLP, McLean, VA, Updeep S. Gill, Joseph A. Rhoa, Nixon & Vanderhye, P.C., Arlington, VA, for Intervenors.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).